UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DENERICK NELSON, JR., | No. 2:23-cv-0957 AC P |
| Plaintiff, | |
| v. | ORDER |
| T. ROSARIO, | |
| Defendant. | |

    Plaintiff, a state prisoner proceeding pro se, has filed a motion for summary judgment. ECF No. 20.  However, while a notice indicating defendant Rosario intends to waive service has been filed (ECF No. 19), he has yet to do so and his time for waiving service has not yet expired. Plaintiff's motion is therefore premature and will be denied without prejudice to renewal after the completion of discovery.  Once Rosario files an answer to the complaint, the court will issue a discovery and scheduling order that sets out deadlines for the completion of discovery and the filing of motions for summary judgment.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 20) is DENIED as premature and without prejudice to renewal after the close of discovery.

DATED: November 28, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE